CHINA AND JAPAN TRADING COMPANY, LIMITED, Appellant, *v.* J. SPENCER TURNER COMPANY, Respondent.

*China & Japan Trading Co.* v. *Turner Co.*, 156 App. Div. 941, affirmed.

(Argued June 10, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 6, 1913, affirming a judgment in favor of defendant entered upon a verdict. The plaintiff sued to recover damages for breach of an express warranty as to quality and manufacture of certain cotton sheetings known in the trade as "Ashcraft DD Brown Sheetings" purchased by the plaintiff from the defendant for delivery

by the defendant in Shanghai, China, and for sale in that market. The defendant admitted the warranty but denied the breach.

*Clayton J. Heermance* for appellant.

*Edwin D. Worcester* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, MILLER and CARDOZO, JJ.